UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Maria C. Llampallas,                              Case No. 13-22142-LMI
    Debtor.                                       Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Maria C. Llampallas, by and through her undersigned counsel and file this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On May 24, 2013 the instant case was filed.

2. On December 15, 2013 debtor's Third amended chapter 13 plan was confirmed.

3. In debtor's confirmed plan, the Debtor curing and maintaining the debt with Flagstar Bank FSB / Selene Finance for CP-SRMOF II 2012-A Trust.

4. Said Creditor filed a notice of mortgage payment change, wherein the total regular payment of the debtor's mortgage has decreased from $1,026.98 to $976.55.

5. Debtor desires to modify her plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 3rd day of February 2016:  to all parties on the service list.

        Respectfully Submitted:

        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 West 49th Streer
        Hialeah, FL 33012
        Tel. 305-687-8008

        By:*/s/ Robert Sanchez*_____
           Robert Sanchez, Esq., FBN#0442161